**Order filed September 12, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00595-CV
_____

**CHARLIE JONES, Appellant**

**V.**

**US BANK TRUST N.A, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1134285**

# O R D E R

Appellant's brief was due September 3, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.